THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1367 FLORIDA AVENUE, LLC              :

   *Plaintiff,*                               :

v.                                                    :      **Case No.**

LANE BUILDING SERVICES, LLC       :

   *Defendant.*                             :

## NOTICE OF REMOVAL

COMES NOW the Defendant, Lane Building Services, LLC, by and through its attorneys, McCarthy Wilson, LLP, David L. Rubino and Rudy Chounoune, Jr., and pursuant to 28 U.S.C. § 1441(a) and to 28 U.S.C. § 1332, notices the removal of this action to the United States District Court for the District of Columbia, and as grounds therefor, states:

1. On or about March 31, 2014, Plaintiff filed its Complaint in the Superior Court for the District of Columbia against the Defendant, styled *1367 Florida Avenue, LLC v. Lane Building Services, LLC,* civil action no.: 2014 CA 001937 B.

2. On or about April 28, 2014, Plaintiff filed an Amended Complaint in which it seeks to hold the Defendant liable for damages it allegedly sustained as a result of a construction project being completed at the real property and improvements known as 1367 Florida Avenue, N.E., Washington, D.C.

3. Plaintiff is a limited liability company organized under the laws of the District of Columbia. See Amended Complaint at ¶ 1.

1

4. Defendant is a limited liability company organized under the laws of the State of Maryland. See Amended Complaint at ¶ 2.

5. Currently pending before the Court is a case styled *Mariano, et al. v. Gharai, et al.*, case no. 1:12-cv-01400-CKK ("companion case"), in which Plaintiff is identified as a defendant. Moreover, the case at bar and the companion case concern the same operative facts.

6. Plaintiff is seeking recovery for damages allegedly sustained as a result of, among other things, defending the companion case, although it maintains that it is not a party to the companion case as it has not been served. See Count II of Amended Complaint.

7. Plaintiff is seeking Four Hundred Thousand Dollars ($400,000.00) in damages from the Defendant.

8. Pursuant to 28 U.S.C. § 1332, a case may be removed from state court to federal court if the diversity of citizenship and amount in controversy requirements are met.

9. In the case at bar, both requirements are met as the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) and there is complete diversity of citizenship of the parties in this action.

10. Pursuant to 28 U.S.C. § 1441(a), any civil action over which the federal courts have original jurisdiction, but which is brought in state court, may be removed to the district court of the United States that embraces the place where such action is pending.

11. Accordingly, this case is being removed to the United States District Court for the District of Columbia from the Superior Court for the District of Columbia.

12. As the Amended Complaint was filed and served on or about April 28, 2014, the Defendant is required to file this Notice on or before May 27, 2014.

13. Consequently, this Notice of Removal is being filed within 30 days after Defendant received a copy of Plaintiff's Amended Complaint. Accordingly, the Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

14. Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all process, pleadings, and orders filed in the Superior Court are attached hereto as Exhibit A.

15. A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is simultaneously being filed with the Clerk of the Superior Court for the District of Columbia and will be served on Plaintiff's counsel as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

16. By filing this Notice of Removal, the Defendant is not waiving any denials, objections, or affirmative defenses, including the contractual requirement that 1367 Florida Avenue, LLC arbitrate its disputes with the Defendant.

WHEREFORE, the Defendant, Lane Building Services, LLC, respectfully requests that this Notice of Removal be accepted and that the Superior Court Action be removed to the United States District Court for the District of Columbia.

        Respectfully submitted,

        McCARTHY WILSON LLP

By:   /s/   David L. Rubino
       David L. Rubino, Bar #450471
       Rudy Chounoune, Jr., Bar # 1012778
       2200 Research Boulevard, Suite 500
       Rockville, Maryland 20850
       (301) 762-7770
       rubinod@mcwilson.com
       *Attorneys for Lane Building Services, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of May, 2014, a copy of the foregoing Notice of Removal was electronically filed and mailed first-class, postage prepaid to:

Bradshaw Rost, Esquire
Tenebaum & Saas, P.C.
4504 Walsh Street, Suite 200
Chevy Chase, Maryland 20815
*Attorneys for 1367 Florida Avenue, LLC*

Allan A. Noble, Esquire
Calvin Awkward, Esquire
7315 Wisconsin Avenue, Suite 500 West
Bethesda, Maryland 20814
*Attorneys for 1367 Florida Avenue, LLC*

        /s/     David L. Rubino
        David L. Rubino, Bar #450471